(128 App. Div. 837.)

DUFFY v. CITY OF NEW YORK.

(Supreme Court, Appellate Division, Second Department.  November 27, 1908.)

MUNICIPAL CORPORATIONS (§ 792*)—DEFECTIVE SIDEWALKS—INJURY TO PEDESTRIANS—LIABILITY.

    Where, in an action for injuries to a pedestrian slipping on ice on a sidewalk, the evidence showed that there was a broken leader on a house which cast water on the sidewalk, that water froze there, and that there was an alternation of freezing and thawing all the winter, and that such had been the condition for more than a year, a nonsuit was erroneous; the continuous condition being a nuisance to be abated by the city.

    [Ed. Note.—For other cases, see Municipal Corporations, Cent. Dig. § 1652;  Dec. Dig. § 792.*]

Appeal from Trial Term, Kings County.

Action by Margaret Duffy against the city of New York.  From a judgment of nonsuit, plaintiff appeals.  Reversed.

Argued before WOODWARD, HOOKER, GAYNOR, RICH and MILLER, JJ.

---

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes

Edward A. Scott (Bernhard Raymond, on the brief), for appellant. James D. Bell (James W. Covert, on the brief), for respondent.

PER CURIAM. The plaintiff slipped on ice on the sidewalk, and broke her leg. The evidence showed that there was a broken leader on a house which cast water on the sidewalk every time there was a rain or thaw, and that the water froze there, and that there was an alternation of freezing and thawing there all the time in the winter, and that that had been the condition there for more than a year. The nonsuit was error. Such a continuous condition was a nuisance to be abated by the city.

The judgment should be reversed.

Judgment reversed and new trial granted, costs to abide the event.